AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| Marc Opperman, et al., for themselves and all others similarly situated <br> *Plaintiff* <br> v. <br> Path, Inc., et al. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 1:12-00219-SS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Chillingo Ltd.

Home office:
Beechfield House, Winterton Way
Macclesfield, SK 11 OLP
United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeff Edwards
706 Guadalupe Street
Austin, Texas 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM G. PUTNICKI
CLERK OF COURT

Date: JUN 1 5 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:12-00219-SS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Chillingo, LTD__
was received by me on *(date)* __06/15/2012__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: __Chillingo, LTD through Texas Secretary of State – Citations Unit 1019 Brazos #220 Austin, TX 78701 on 06/18/2012 @ 3:45 PM__.

My fees are $ __0__ for travel and $ __65.50__ for services, for a total of $ __65.50__.

I declare under penalty of perjury that this information is true.

Date: __06/18/2012__

_____
Server's signature

__John Horn – Process Server #scH3934 exp 9/30/13__
Printed name and title

__PO Box 141303 Austin, TX 78714__
Server's address

Additional information regarding attempted service, etc: