**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

MARC OPPERMAN, ET AL., for
themselves all others similarly situated,
    Plaintiffs,

-vs-

                    **Case No.:**  1:12-CV-00219-SS

PATH, INC., ET AL.,
    Defendants.

**MOTION FOR ADMISSION *PRO HAC VICE***

TO THE HONORABLE JUDGE OF SAID COURT:

    Comes now   Michael Page           , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent   Yelp!, Inc. and Foodspotting, Inc.   in this case, and would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

    Durie Tangri LLP               ,

with offices at

        Mailing address:    217 Leidesdorff Street

        City, State, Zip Code:    San Francisco, CA  94111

        Telephone:    415-362-6666

        Facsimile:    415-236-6300

2.    Since _____1991_____, Applicant has been and presently is a member of and in

good standing with the Bar of the State of ___California_____.

Applicant's bar license number is ___154913_____.

3.    Applicant has been admitted to practice before the following courts:

Court:                                     Admission date:

___Ninth Circuit_____          ___1991_____

___U.S. Supreme Court_____          ___2005_____

___Federal Circuit_____          ___2004_____

___Second Circuit_____          ___2006_____

4.    Applicant is presently a member in good standing of the bars of the courts listed above,

except as provided below (list any court named in the preceding paragraph before which

Applicant is no longer admitted to practice):

___N/A_____

_____

5.    Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court, except as provided

below:

___N/A_____

_____

6.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below (omit minor traffic offenses):

___N/A_____

- 2 -

7.   Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8.   Select one:

☐   Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

☒   Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:           Peter D. Kennedy,
                      Graves Dougherty Hearon & Moody, PC
Mailing address:       401 Congress Avenue, Suite 2200

City, State, Zip Code:      Austin, Texas  78701

Telephone:                512-480-5764

9.   Should the Court grant applicant's motion, Applicant shall tender the amount of $25.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(1) [checks made payable to: **Clerk, U.S. District Court**].

10.  Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_Michael Page_____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

_Michael Page_____
[printed name of Applicant]


_/s/ Michael Page_____
[signature of Applicant]


## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __19th__ day of __July_____, __2012_____.

_Michael Page_____
[printed name of Applicant]


_/s/ Michael Page_____
[signature of Applicant]

- 4 -

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

MARC OPPERMAN, ET AL., for
themselves all others similarly situated,
  Plaintiffs,
  -v-

                          Case No.:  1:12-CV-00219-SS

PATH, INC., ET AL.,
  Defendants.

## O R D E R

BE IT REMEMBERED on this the _____ day of _____, 20 _12_ , there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by _ Michael Page _____ ("Applicant"), counsel for _ Yelp!, Inc. and Foodspotting, Inc. _ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of _ Yelp!, Inc. and Foodspotting, Inc. _ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(1), immediately tender the amount of $25.00, made payable to:  **Clerk, U.S. District Court.**

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20 _12_ .

_____
UNITED STATES DISTRICT JUDGE