FILED
2012 AUG 22 AM 8:53
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CHRISTOPHER G. KELLY, ET AL.

-vs-                                    Case No. AU:12-CV-00219-SS

PATH, INC., ET AL.

ORDER

BE IT REMEMBERED on this the 21st day of August, 2012, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **M. Leah Somoano** ("Applicant"), counsel for **Instagram, Inc. and Gowalla**, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Instagram, Inc. and Gowalla** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(1), immediately tender the amount of $25.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 21st day of August 2012

_____
UNITED STATES DISTRICT JUDGE