IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 AUG 22  AM 8: 53
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

MARC OPPERMAN, et al.

-vs-

PATH, INC., ET AL.

Case No. AU:12-CV-00219-SS

### ORDER

BE IT REMEMBERED on this the **21st** day of **August**, 20**12**, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Indra Neel Chatterjee** ("Applicant"), counsel for **Instagram, Inc. and Gowalla,** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Instagram, Inc. and Gowalla,** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(1), immediately tender the amount of $25.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the **21st** day of **August** 20**12**.

_____
UNITED STATES DISTRICT JUDGE