**FILED**
SEP 24 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Marc Opperman, et al., for themselves all others similarly situated, Plaintiffs,

-vs-

Path, Inc., et al.,
Defendants.

Case No. 1:12-00219-SS

## ORDER

BE IT REMEMBERED on this the 24th day of Sept., 2012 there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Michael G. Rhodes** ("Applicant"), counsel for Facebook, Inc. and KIK Interactive, Inc. and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Facebook, Inc. and KIK Interactive, Inc. in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(1), immediately tender the amount of $25.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 24th day of Sept 2012.

_____
UNITED STATES DISTRICT JUDGE