UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

SEP 2 8 2012

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| Marc Opperman, et al., | § | |
| | § | |
| _Plaintiffs,_ | § | |
| vs. | § | Case No. 1:12-CV-00219 |
| | § | |
| Path, Inc., et al., | § | |
| | § | |
| _Defendants._ | § | |

## [~~~~~~] ORDER GRANTING MOTION OF SHANE WITNOV TO WITHDRAW AS COUNSEL

The Motion of Shane Witnov to Withdraw as Counsel has come before the Court. The

Court having considered the motion and papers filed therewith HEREBY GRANTS the Motion.

Mr. Witnov is hereby withdrawn as counsel of record for Defendants Path, Inc. All other

attorneys of record who have appeared on behalf of these defendants shall remain counsel.

ORDERED this 27ᵗʰ day of _____Sept._____, 2012.

_____Sam Sparks_____
THE HONORABLE SAM SPARKS,
UNITED STATES DISTRICT JUDGE