FILED
OCT 17 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al., for themselves and all others similarly situated, § § § § | |
| Plaintiffs, § | Case No. 1:12-00219-SS |
| § | Mobile App Privacy Class Action |
| vs. § § | |
| PATH, INC., et al., § § | |
| Defendants. § | |

## [~~Proposed~~] ORDER

On this day came to be considered the motion of Defendant Instagram, Inc. ("Instagram") to substitute its counsel of record ("Motion"). Instagram's Motion seeks to substitute Lori R. Mason, Michael G. Rhodes, and Mazda K. Antia of the law firm Cooley LLP as counsel of record in place of Daniel Weinberg, Indra N. Chatterjee, M. Leah Somoano, and Morvarid Metanat of the law firm Orrick, Herrington & Sutcliffe LLP, and Michael J. Biles of the law firm King & Spalding LLP. Upon finding that the Motion complies with Local Rule AT-3 and that good cause exists, there Court hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that Daniel Weinberg, Indra N. Chatterjee, M. Leah Somoano, and Morvarid Metanat of the law firm Orrick, Herrington & Sutcliffe LLP, and Michael J. Biles of the law firm King & Spalding LLP are withdrawn as counsel of record for Instagram.

IT IS FURTHER ORDERED that Lori R. Mason, Michael G. Rhodes, and Mazda K. Antia of the law firm Cooley LLP are substituted as counsel of record for Instagram. Their contact information is as follows:

| **Lori R. Mason** | **Michael G. Rhodes** | **Mazda K. Antia** |
|---|---|---|
| Cooley LLP | Cooley LLP | Cooley LLP |
| 5 Palo Alto Square | 4401 Eastgate Mall | 4401 Eastgate Mall |
| 3000 El Camino Real | San Diego, CA 92121 | San Diego, CA 92121 |
| Palo Alto, CA 94306 | Phone: (858) 550-6000 | Phone: (858) 550-6139 |
| Phone: (650) 843-5000 | Fax: (858) 550-6420 | Fax: (858) 550-6420 |
| Fax: (650) 849-7400 | Email: mrhodes@cooley.com | Email: mantia@cooley.com |
| Email: lmason@cooley.com | | |

IT IS SO ORDERED.

SIGNED this 16th day of October, 2012.

/s/ Sam Sparks
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE