UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Marc Opperman, et al., | § | |
| | § | |
| *Plaintiffs,* | § | |
| vs. | § | Case No. 1:12-CV-00219-SS |
| | § | |
| Path, Inc., et al., | § | |
| | § | |
| *Defendants.* | § | |

### ORDER GRANTING DEFENDANT APPLE INC.'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATION REGARDING APPLE INC.'S MOTION TO DISMISS

The Court, having considered Defendant Apple Inc.'s ("Apple") Unopposed Motion to Exceed Page Limitation regarding Apple Inc.'s Motion to Dismiss and noting that Apple's Motion to Exceed is unopposed, concludes that Apple's Motion to Exceed Page Limitation has merit.

Accordingly, the Court hereby **GRANTS** Defendant Apple Inc.'s Motion to Exceed Page Limitation regarding Apple Inc.'s Motion to Dismiss.

SIGNED this 16th day of October, 2012.

THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE