UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
OCT 17 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY CLERK

| | |
|---|---|
| MARC OPPERMAN, et al.,<br>　　for themselves and all others<br>　　similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PATH, INC., et al.,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Case No. 1:12-00219-SS |

## ORDER

On this day came to be considered Defendant Facebook, Inc.'s ("Facebook") Motion to Seal Documents Under Local Rule CV-5.2 ("Motion to Seal"). Facebook seeks an order sealing Exhibit A, attached to the Motion to Seal, which is an exhibit associated with Facebook's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6). The Court considered the Motion to Seal and the Declaration of Sandeep N. Solanki filed contemporaneously therewith. Upon finding that the Motion to Seal complies with Local Rule CV-5.2 and that the competing interests favor non-disclosure of the confidential information contained within Exhibit A, the Court hereby GRANTS the Motion to Seal.

///

///

-2-

IT IS THEREFORE ORDERED that Exhibit A to the Motion to Seal will be placed under seal. The Clerk of the Court is directed to place the said document in a secure place where it may be accessed only by Order of this Court.

IT IS SO ORDERED.

SIGNED this 16th day of October, 2012.

*Sam Sparks*
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE