IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MARK OPPERMAN, *et al.*, on behalf of
themselves and all others similarly situated,
                      Plaintiffs,

-vs-                                                            Case No. A-12-CA-219-SS

PATH, INC.; *et al.*,
                      Defendants.

## ORDER

BE IT REMEMBERED on this day the undersigned's attention was called to the fact that the above-styled and numbered cause is completely "out of control" with multiple pleadings in question, motions to dismiss, motions to transfer, and motions for severance. The amended complaint is eighty pages long and there are apparently potentionally innumerable parties. Before one single answer has been filed, the Court has multiple file folders filled with the parties' pleadings. It would take longer simply to review the existing pleadings than it will to try this case. Therefore, there will be a "come to meeting" meeting on November 19, 2012 at 2:00 p.m. in the United States Courthouse, Courtroom 2, 200 West Eighth Street, Austin, Texas 78701. The Court will not allow any telephone appearances and all parties must be represented by lawyers with full authority from their clients. At this meeting, all pending motions will be considered, and, hopefully, ruled on.

SIGNED this the 17th day of October 2012.

/s/ Sam Sparks
UNITED STATES DISTRICT JUDGE