United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Edwards, Jeffrey S. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, October 19, 2012 |
| Re: | 01:12-CV-00219-SS / Doc # 181 / Filed On: 10/18/2012 05:09 PM CST |

Pursuant to the Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Not all parties receive e-notices. File an Amended Certificate of Service as a SEPARATE document (include a Cover page with proper heading, case style, case number and document title). State the parties served by ECF and the alternate means of service for those NOT served by ECF. Use the "Certificate of Service" Event located under the "Service of Process" menu. Link back to the Original Pleading.