UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Marc Opperman, *et al.*,<br>　for themselves all others<br>　similarly situated,<br>　　*Plaintiffs,*<br>vs.<br><br>Path, Inc., *et al.,*<br>　　*Defendants.* | §<br>§<br>§<br>§  Case No. 1:12-00219-SS<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFFS' UNOPPOSED MOTION
TO EXTEND PLAINTIFFS' RESPONSE DEADLINE TO
DEFENDANTS' MOTIONS TO DISMISS AND FOR SEVERANCE [CORRECTED]**

On October 12, 2012 and/or October 15, 2012, Defendants filed numerous motions to dismiss and for severance. [Dkt # 122, 124, 135, 136, 141, 142, 145, and 147].

Plaintiffs' responses to these motions, which were deemed filed on October 15, 2012, are currently due on October 29, 2012. In view of the length and breadth of Defendants' motions and the Court's recent Order scheduling a hearing on November 19, 2012, [Dkt # 180], Plaintiffs respectfully request the Court extend their response deadline on those motions until <u>November 8, 2012</u>. That deadline is less than thirty days from the date Defendants filed their motions and leaves more than seven days for Defendants to submit any replies in advance of the Court's scheduled hearing.

Defendants' counsel have all been contacted and none are opposed to Plaintiffs' request in this corrected motion.

Respectfully submitted,

EDWARDS LAW

By: _____
Jeff Edwards
State Bar No. 24014406
THE BREMOND HOUSTON HOUSE
706 GUADALUPE
Austin, Texas 78701
Tel. 512-623-7727
Fax. 512-623-7729
jeff@edwards-law.com

Carl F. Schwenker
Texas Bar No. 00788374
LAW OFFICES OF CARL F. SCHWENKER
The Bremond-Houston House
706 Guadalupe Street
Austin, Texas 78701
Tel. (512) 480-8427
Fax (512) 857-1294
cfslaw@swbell.net

Dirk Jordan
Texas Bar No. 00784359
*Jordan Law Firm*
The Bremond-Houston House
706 Guadalupe Street
Austin, Texas 78701
512-551-0669
512-551-0668 fax
dirk@dirkjordan.com

ATTORNEYS FOR THE PLAINTIFFS
AND THE PUTATIVE CLASS

## CERTIFICATE OF SERVICE

On the 19th day of October, 2012, a copy of the foregoing motion was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following:

*Attorneys for Defendant Path, Inc.:*

Gregory J. Casas
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, Texas 78701
(512) 320-7238 – Telephone
(512) 320-7210 – Facsimile
Email: casasg@gtlaw.com

Jedediah Wakefield
Shane B. Witnov
Tyler G. Newby
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
(415) 875-2300 – Telephone
(415) 281-1350 – Facsimile
E-mail: jwakefield@fenwick.com;
switnov@fenwick.com; tnewby@fenwick.com

*Attorneys for Defendant Twitter, Inc.:*

Tanya D. Henderson
PERKINS COIE LLP
2001 Ross Avenue, Suite 4225
Dallas, Texas 75201
(214) 965-7700 – Telephone
(214) 965-7799 – Facsimile
Email: thenderson@perkinscoie.com

Timothy L. Alger
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304
(650) 838-4300 – Telephone
(650) 838-4350 – Facsimile
E-mail: talger@perkinscoie.com

Amanda J. Beane
Ryan T. Mrazik
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
(206) 359-8000 – Telephone
(206) 359-9000 – Facsimile
E-mail: abeane@perkinscoie.com;
rmrazik@perkinscoie.com

*Attorneys for Defendants Apple, Inc.:*

Alan D. Albright
BRACEWELL & GIULIANI LLP
111 Congress Avenue, Suite 2300
Austin, Texas 78701
(512) 494-3620 – Telephone
(512) 472-9123 – Facsimile
Email: alan.albright@bgllp.com

Susan Ashlie Beringer
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
(650) 849-5219
(650) 849-5019

William B. Dawson
Scott Howard Mellon
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
(214) 698-3132 – Telephone
(214) 571-2919 – Facsimile
Email: wdawson@gibsondunn.com;
smellon@gibsondunn.com

*Attorneys for Defendants Facebook, Inc., Kik Interactive, Inc., and Instagram, Inc.*

| | |
|---|---|
| Lori R. Mason<br>COOLEY, LLP<br>5 Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, California 94306<br>(650) 843-5000 – Telephone<br>(650) 849-7400 – Facsimile<br>Email: lmason@cooley.com | Mazda K. Antia<br>Michael G. Rhodes<br>COOLEY, LLP<br>4401 Eastgate Mall<br>San Diego, California 92121<br>(858) 550-6000 – Telephone<br>(858) 550-6420 – Facsimile<br>Email: mantia@cooley.com;<br>mrhodes@cooley.com |

Michael G. Rhodes
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
(858) 550-6000 – Telephone
(858) 550-6420 – Facsimile
Email: mrodes@cooley.com

*Attorneys for Defendants Yelp! Inc. and Foodspotting, Inc.:*

| | |
|---|---|
| Peter D. Kennedy<br>GRAVES, DOUGHERTY, HEARON & MOODY, PC<br>401 Congress Avenue, Suite 2200<br>Austin, Texas 78701<br>(512) 480-5764 – Telephone<br>(512) 536-9908 – Facsimile<br>Email: pkennedy@gdhm.com | Michael Page<br>DURIE TANGRI LLP<br>217 Leidesdorff Street<br>San Francisco, California 94111<br>(415) 362-6666 – Telephone<br>(415) 236-6300 – Facsimile<br>Email: mpage@durietangri.com |

*Attorneys for Defendant Gowalla Incorporated:*

| | |
|---|---|
| Lori R. Mason<br>COOLEY LLP<br>5 Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>(650) 843-5000 – Telephone<br>(650) 849-7400 – Facsimile<br>Email: lmason@cooley.com | Mazda K. Anita<br>COOLEY LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>(858) 550-6139 – Telephone<br>(858) 550-6420 – Facsimile<br>Email: mantia@cooley.com |

Michael G. Rhodes
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
(858) 550-6000 – Telephone
(858) 550-6420 – Facsimile
Email: mrodes@cooley.com

*Attorneys for Defendant Foursquare Labs, Inc.:*

Keith Mason Henneke
MORRISON & FOERSTER LLP
555 West Fifth Street, 35th Floor
Los Angeles, California 90013

(213) 892-5200 – Telephone
(213) 892-5454 – Facsimile
Email: khenneke@mofo.com

*Attorneys for Defendant Rovio Mobile Oy a/k/a Rovio Entertainment Ltd.:*

Shannon W. Bangle
BEATTY, BANGLE, STRAMA P.C.
400 West 15th Street, Suite 1450
Austin, Texas 78701
(512) 879-5050 – Telephone
(512) 879-5040 – Facsimile
Email: sbanble@bbsfirm.com

Judith R. Nemsick
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
(212) 513-3200 - Telephone
(212) 385-9010 – Facsimile

Christopher G. Kelly
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
(212) 513-3200 – Telephone
(212) 385-9010 – Facsimile
Email: christopher.kelly@hklaw.com

*Attorneys for Defendants Electronic Arts, Inc. and Chillingo Ltd.:*

Hal L. Sanders, Jr.
Adam Hugh Sencenbaugh
HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1300
Austin, Texas 78701
(512) 867-8427 – Telephone
(512) 867-8667 – Facsimile
Email: hal.sanders@haynesboone.com;
adam.sencenbaugh@haynesboone.com

Marc J. Zwillinger
ZWILLGEN PLLC
1705 N. St. NW
Washington, DC 20036
(202) 296-3585 – Telephone
(202)706-5298 – Facsimile

Jacob Allen Sommer
ZWILLGEN PLLC
1705 N. St. NW
Washington, DC 20036
(202) 296-3585 – Telephone
(202)706-5298 – Facsimile

*Attorneys for Defendant ZeptoLab UK Ltd.:*

Lawrence A. Waks
Texas State Bar No. 20670700
Emilio B. Nicolas
Texas State Bar No. 24058022
JACKSON WALKER L.L.P.
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000 – Telephone
(512) 236-2002 – Facsimile
E-mail: lwaks@jw.com; enicolas@jw.com

Christine Lepera (*pro hac vice*)
New York State Bar No. 1849637
Jeffrey M. Movit (*pro hac vice*)
New York State Bar No. 4239778
MITCHELL SILBERBERG & KNUPP LLP
12 East 49th Street, 30th Floor
New York, New York 10017-1028
(212) 509-3900 – Telephone
(212) 509-7239 – Facsimile
E-mail: ctl@msk.com; jmm@msk.com

The foregoing document has also been served via email on October 19, 2012 on the following counsel:

Jacob Allen Sommer
ZwillGen PLLC
1705 N. St. NW
Washington, DC 20036
jake@zwillgen.com

Judith R. Nemsick
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
judith.nemsick@hklaw.com

Mark J. Zwillinger
ZwillGen PLLC
1705 N. St. NW
Washington, DC 20036
marc@zwillgen.com

By: _____/s/_____
Carl F. Schwenker

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Marc Opperman, *et al.*,<br>  for themselves all others<br>  similarly situated,<br>    *Plaintiffs,*<br>vs.<br><br>Path, Inc., *et al.*,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>  Case No. 1:12-00219-SS |

**O R D E R**

The Court hereby GRANTS Plaintiffs' Unopposed Motion to Extend Plaintiffs' Response Deadline to Defendants' Motions to Dismiss and for Severance [Corrected]. Plaintiffs shall respond to Defendants' motions to dismiss and for severance filed on October 12, 2012 and/or October 15, 2012 [Dkt. # 122, 124, 135, 136, 141, 142, 145, and 147] on or before November 8, 2012.

SIGNED this _____ day of _____, 2012.

_____
THE HONORABLE SAM SPARKS
UNITED STATES DI RICT JUDGE