**FILED**
OCT 22 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Marc Opperman, *et al.*, §
  for themselves all others §
  similarly situated, §
    *Plaintiffs*, §   Case No. 1:12-00219-SS
vs. §
 §
Path, Inc., *et al.*, §
  *Defendants*. §

## ORDER

After considering Plaintiffs' Unopposed Motion to Extend their Deadline to Respond to Defendants' Motion to Dismiss and for Severance, the lack of opposition and applicable law, the Court grants Plaintiffs' motion and orders that Plaintiffs' responses to all pending motions filed by Defendants on October 12 or October 15, 2012 (including Docket numbers 122, 124, 135, 136, 141, 142, 145, and 147) be filed no later than November 12, 2012.

_____
UNITED STATES DISTRICT JUDGE

10-22-12