IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
OCT 2 4 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| Marc Opperman, *et al.*, for themselves and all others similarly situated, § § § § | |
| Plaintiffs, § | Case No. 1:12-CV-00219-SS |
| vs. § § | |
| Path, Inc., *et al.*, § § | |
| Defendants. § | |

ORDER ON
DEFENDANT ZEPTOLAB UK LIMITED'S UNOPPOSED MOTION
FOR LEAVE TO EXCEED PAGE LIMIT FOR ITS REPLY
IN FURTHER SUPPORT OF ITS MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT

On this day came for consideration the Unopposed Motion for Leave to Exceed Page Limit of Defendant ZeptoLab UK Limited for its Reply in support of its Motion to Dismiss the Second Amended Complaint (the "Motion"). After considering the Motion, the pleadings and all other papers and evidence on file, the Court hereby GRANTS the Motion in its entirety.

IT IS, THEREFORE, ORDERED that Defendant ZeptoLab UK Limited has leave to file its requested Reply.

IT IS SO ORDERED.

SIGNED on this 24th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE